UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY DOCKET UNIT
2017 AUG -9  AM 10: 27

TRENTON Niles

17 cv 1437

Write the full name of each plaintiff.

(Include case number if one has been assigned)

-against-

The city of New york
police officers patrick
O'Donnell sheild # 27349
Mattrew McCarthy # 02756

**SECOND AMENDED COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-9-17

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/20/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Trenton / C / Niles
First Name / Middle Initial / Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Mid State Corr Faci
Current Place of Detention

P.O Box 2500
Institutional Address

Marcy / NY / 13403
County, City / State / Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced prisoner
☐ Other: _____

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:** The city of New York
First Name / Last Name / Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City / State / Zip Code

**Defendant 2:** Patrick O'Donnell  27349
First Name / Last Name / Shield #

Police Officer # 27349
Current Job Title (or other identifying information)

25 pct
Current Work Address
120 E 119 St  NY, NY  10035
County, City / State / Zip Code

**Defendant 3:** Matthew McCarthy  02756
First Name / Last Name / Shield #

25 pct
Current Job Title (or other identifying information)

120 E 119 St
Current Work Address
New York  NY  10035
County, City / State / Zip Code

**Defendant 4:**
First Name / Last Name / Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City / State / Zip Code

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 128 MADISON Ave NY NY 10035

Date(s) of occurrence: November 16 2014

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

ON 11-16-14 I WAS STOP BY 2 P.O. AND THEY ASK ME WERE IS THE GUN, I DIDNT KNOW WHAT THEY WAS SAYING, THEY CHECK MY BELONGINGS AND NO GUN WAS FOUND NOTHING ILLEGAL WAS ON MY PERSONS THEY TOOK ME TO 25th PCT AND PLACE ME IN PEN. I ASK WHY THEY DIDNT GIVE WHY THEN I KEPT COMPLAINING AND THEY OPEN PEN AND CUFF ME UP. LEFT ME IN PENS FOR A WHILE I WAS GIVING A CALL I CALLED MY MOTHER AND SHE SAID THE POLICE CAME TO HER HOUSE & SCARED HER & CHECKED NOTHING WAS FOUND I ASK AGAIN WHY? THEY THEN SAID NOTHING. I WAS THEN TAKEN TO CENTRAL BOOKING AND SEEN THE JUDGE HE PUT A HIGH BAIL OF 5,000 ON ME FOR A MISTERMEANER CHARGE AND I WAS TAKEN TO THE MANHATTAN HOLDING PENS FOR A FEW MORE DAYS AND THEN



I bailed out. I had to report to bail bondsmen every week for an year 1/2. Also back to court alot of suffering with my job made my boss look down on me

No gun, nothing was found.

And case dissmiss

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I got bumps + bruises no camras was in pens out side could of catch a few P.O. coming in pens on me

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

My moms was scared mess. up her house + pain & suffering neighbors looking. Also going back to bail bondsmen every week for 1 1/2 years my job losing wages boss looking down on me mess my image up also pain & suffering 5,000,000 for damages

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated: 8-2-17 | Plaintiff's Signature: Trenton N. Niles |

First Name: Trenton   Middle Initial: C   Last Name: Niles

Prison Address: M.D State Corr Faci P.O Box 2500

County, City: ~~Att~~ Marcy   State: NY   Zip Code: 13403

Date on which I am delivering this complaint to prison authorities for mailing: 8-2-17

Page 6

# JOURNAL

NAME: Trenton Niles  DIN: 16R1596  DATE: 8-2-17

TO: Honorable Barbara Moses

This is just in case I could put the city of New York, which I did not know I could amend them I was under sump assumption I couldnt add the city of New York.

Please I am pro se and didnt know till I read over & over to get the understanding of it

I thought that put the P.O. names was a part of the (pct) & N.Y.C

Thank you.

MSCF # 698

**MID-STATE CORRECTIONAL FACILITY**
P.O. BOX 2500
MARCY, NEW YORK 13403
NAME: Trenton Niles DIN: 16R1396

SDNY

Legal Mail

To: Honorable Barbara Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

